**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| KANSAS HEALTH POLICY AUTHORITY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Civil Case No. 1:09-cv-01587 (HHK) |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF HEALTH AND HUMAN SERVICES | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KATHLEEN SEBELIUS, | ) | |
| *Defendants*. | ) | |
| | ) | |

**NOTICE OF FILING JOINT CASE MANAGEMENT REPORT AND PLAINTIFF'S
PROPOSED BRIEFING SCHEDULE**

Plaintiff Kansas Health Policy Authority hereby files the parties' Joint Case

Management Report and Plaintiff's Proposed Briefing Schedule.

Respectfully submitted,

*/s/ Laura E. Schattschneider*

Caroline M. Brown (D.C. Bar No. 438342)
Laura E. Schattschneider (D.C. Bar No. 976423)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000

*Attorneys for Plaintiff*

August 5, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2010 I caused the foregoing Notice of Filing Joint Case Management Report and Plaintiff's Proposed Briefing Schedule, together with the accompanying Joint Case Management Report and Plaintiff's Proposed Briefing Schedule, and Proposed Order, to be served pursuant to the District Court's ECF system on all ECF filers.

Dated: August 5, 2010

 */s/ Laura E. Schattschneider*

Laura E. Schattschneider (D.C. Bar No. 976423)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291

*Attorney for Plaintiff*