IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KANSAS HEALTH POLICY AUTHORITY,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF HEALTH AND HUMAN SERVICES<br><br>and<br><br>KATHLEEN SEBELIUS,<br>*Defendants*. | Civil Case No. 1:09-cv-01587 (HHK) |

## JOINT CASE MANAGEMENT REPORT AND PLAINTIFF'S PROPOSED BRIEFING SCHEDULE

Pursuant to this Court's Order entered on July 12, 2010, the parties have conferred and respectfully submit this Joint Case Management Report and Plaintiff's Proposed Briefing Schedule.

1. On August 20, 2009, Plaintiff Kansas Health Policy Authority filed its Complaint in this litigation (Dkt. No. 1), along with a Notice of Related Case (Dkt. No. 2).

2. This is an action for review based upon an administrative record, and involves a dispute arising under the Social Security Act. Plaintiff challenges Defendants' disallowance of federal financial participation for services provided to children under age 21 residing in institutions for mental diseases. As an administrative record review case, this case is exempt from the requirements of Fed. R. Civ. P. 16, Fed. R. Civ. P. 26(f), and Local Civil Rule 16.3. The parties agree that discovery is not appropriate and that the case can be resolved by dispositive motion.

3. On October 20, 2009, Defendants' counsel entered her appearance (Dkt. No. 9), and on October 22, 2009, Defendants filed their Objection to Plaintiff's Related Case Designation (Dkt. No. 11).

4. On November 2, 2009, Plaintiff filed its Response to Defendants' Objection to Plaintiff's Related Case Designation (Dkt. No. 13).

5. On November 17, 2009, Defendants filed an administrative record in this case (Dkt. Nos. 16, 17).

6. No ruling from the Court (under Local Civil Rule 40.5(c)) has yet been entered on Plaintiff's related case designation.

7. Defendants respectfully submit that proposed deadlines for the submission of dispositive motions would be premature before the Court's ruling on the related case designation issue.

8. Plaintiff disagrees, and respectfully submits the following proposed briefing schedule for the Court's review.  Should the Court decide that briefing should proceed, Defendants have no objection to these proposed deadlines.

   a) Plaintiff's Motion for Summary Judgment:  August 23, 2010.

   b) Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment:  October 7, 2010.

   c) Reply in Support of Plaintiff's Motion for Summary Judgment and Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment:  November 8, 2010.

   d) Reply in Support of Defendants' Cross-Motion for Summary Judgment:  November 30, 2010.

Plaintiff has prepared the attached proposed order setting forth these deadlines.

DATED: August 5, 2010

                              Respectfully submitted,

2

TONY WEST
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney for the District of Columbia

SHEILA LIEBER
Deputy Director

 /s/
TERESA M. SCHREFFLER (Kan. Bar No. 22574)
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 305-7898
Fax: (202) 616-8460
teresa.m.schreffler@usdoj.gov

*Attorneys for Defendants*


 /s/ Laura E. Schattschneider
Caroline M. Brown (D.C. Bar No. 438342)
Laura E. Schattschneider (D.C. Bar No. 976423)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291

*Attorneys for Plaintiff*