IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
KANSAS HEALTH POLICY AUTHORITY,         )
                                        )
            *Plaintiff*,                )
                                        ) Civil Case No. 1:09-cv-01587 (HHK)
     v.                                 )
                                        )
UNITED STATES DEPARTMENT                )
OF HEALTH AND HUMAN SERVICES            )
                                        )
            and                         )
                                        )
KATHLEEN SEBELIUS,                      )
            *Defendants*.               )
_____)

## **PROPOSED ORDER**

AND NOW, this _____ day of _____, 2010, upon consideration of the parties' Joint Case Management Report and Plaintiff's Proposed Briefing Schedule, IT IS HEREBY ORDERED that the parties shall comply with the following schedule:

1. Plaintiff's Motion for Summary Judgment is due on August 23, 2010.

2. Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment is due on October 7, 2010.

3. Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment and Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment is due on November 8, 2010.

4. Defendant's Reply in Support of Defendants' Cross-Motion for Summary Judgment is due on November 30, 2010.

                                    _____
                                    District Court Judge