IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KANSAS HEALTH POLICY AUTHORITY, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES <br><br> and <br><br> KATHLEEN SEBELIUS, <br><br> *Defendants*. | Civil Case No. 1:09-cv-01587 (HHK) |

**PROPOSED ORDER**

AND NOW, this 9th day of August 2010, upon consideration of the parties' Joint Case Management Report and Plaintiff's Proposed Briefing Schedule, IT IS HEREBY ORDERED that the parties shall comply with the following schedule:

1. Plaintiff's Motion for Summary Judgment is due on August 23, 2010.

2. Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment is due on October 7, 2010.

3. Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment and Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment is due on November 8, 2010.

4. Defendant's Reply in Support of Defendants' Cross-Motion for Summary Judgment is due on November 30, 2010.

_____          */s/ Henry Kennedy, Jr.*
District                                                  Court Judge